UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEVIN P. HENDRICKS,

    Plaintiff,

v.   CASE NO.  8:15-cv-2251-T-26JSS

SUNTRUST MORTGAGE, INC.,

    Defendant.
_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, together with the parties' written submissions, it is **ORDERED AND ADJUDGED** that the Plaintiff's request to file an amended complaint is granted.  The Plaintiff shall file an amended complaint on or before **January 27, 2016**, in which he shall eliminate his claim under the Fair Debt Collection Practices Act.  The Defendant shall file its response to the amended complaint within fourteen (14) days of service of the amended complaint.  In doing so, the Court puts the Defendant on notice that it agrees with the Plaintiff's argument that the Rooker-Feldman doctrine does not apply to this case because the Plaintiff was not a "state-court loser[]" in the state foreclosure proceeding with respect to the property at issue.  See Exxon Mobil Corp. v. Saudi Basic Indus. Corp., 544 U.S. 280, 284, 125 S.Ct. 1517, 1521-22, 161 L.Ed.2d 454 (2005).  The Defendant's Motion to Dismiss With Prejudice or in the Alternative Motion for Summary Judgment (Dkt. 18) is **denied as moot**.

**DONE AND ORDERED** at Tampa, Florida, on January 12, 2016.

s/<i>Richard A. Lazzara</i>

**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record